UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMY SUDOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:17-cv-00637-CB |
| | ) |
| CAPITAL ONE BANK, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, AMY SUDOR ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

DATED:  September 15, 2017            RESPECTFULLY SUBMITTED,

By: /s/ Adam T. Hill
　　Adam T. Hill
　　Attorney for Plaintiff
　　Krohn & Moss, Ltd.
　　10 N. Dearborn St
　　Suite 301
　　Chicago, IL 60602
　　Tel: (312) 578-9428 ext 242
　　Fax: (866) 861-1390
　　Email: ahill@consumerlawcenter.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2017, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System.

By: /s/ Adam T. Hill
Adam T. Hill
Attorney for Plaintiff