# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMY SUDOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:17-cv-00637-CB |
| | ) |
| CAPITAL ONE BANK, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, AMY SUDOR ("Plaintiff"), and Defendant, CAPITAL ONE BANK (USA), N.A. ("Defendant") (collectively "the Parties"), through the undersigned, stipulate that the dispute between the parties has been resolved, and the parties agree to dismiss this case, with prejudice, both sides to bear their own fees and costs.  Therefore, the parties respectfully request this Honorable Court dismiss this case, with prejudice.

                                                                        Respectfully submitted,

Dated: October 11, 2017                           /s/ Adam T. Hill
                                                                       Adam T. Hill (IL 6293003)
                                                                       KROHN & MOSS, LTD.
                                                                       10 N. Dearborn St., 3rd Fl.
                                                                       Chicago, Illinois 60602
                                                                       Telephone:  312-578-9428
                                                                       Telefax:  866-861-1390
                                                                       ahill@consumerlawcenter.com
                                                                       *Attorney for Plaintiff*

Dated: October 11, 2017

/s/ Laura A. Lange
Laura A. Lange
Pa. Id. No. 310733
McGuireWoods LLP
625 Liberty Avenue, 23rd Floor
Pittsburgh, Pennsylvania 15222
(412) 667-6000
(412) 667-6050 (fax)
llange@mcguirewoods.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

    I hereby certify that on October 11, 2017, the foregoing was filed with the Clerk of the Court by using the CM/ECF System, which automatically provided notice of said filing to all parties of record.

/s/ Adam T. Hill
Adam T. Hill